BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
CASTLETON MARITIME CORP.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CASTLETON MARITIME CORP.,

          Plaintiff,

-against-

BENEMAR CHARTERING LTD.,

          Defendant.
------------------------------------------------------------X

07 Civ.

**RULE 7.1 STATEMENT**

JUL 10 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, CASTLETON MARITIME, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated:  New York, New York
         July 9, 2007

                                         BROWN GAVALAS & FROMM LLP
                                         Attorneys for Plaintiff
                                         CASTLETON MARITIME CORP.

                            By: _____
                                Peter Skoufalos (PS-0105)
                                355 Lexington Avenue
                                New York, New York 10017
                                212-983-8500