DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

RECEIVED
OCT 24 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
CASTLETON MARITIME CORP.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CASTLETON MARITIME CORP.,

          Plaintiff,

-against-

BENEMAR CHARTERING LTD.,

          Defendant.
-------------------------------------------------------X

07 Civ. 6309 (HB)

**ORDER DIRECTING WITHDRAWAL AND CANCELLATION OF RULE B ATTACHMENT**

**IT IS HEREBY** ORDERED, on application of the plaintiff, that the original and supplemental maritime attachment and garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn; and

**IT IS HEREBY FURTHER ORDERED** that Garnishee, The Bank of New York, a/k/a The Bank of New York Mellon, which is restraining property of defendant in the amount of $145,765.84, shall release those funds in accordance with this Order, and is otherwise to remove any restraint imposed upon same by virtue of the subject attachment; and

**IT IS HEREBY FURTHER ORDERED** that, on consent of the defendant, Benemar Chartering Ltd., the funds held by said Garnishee in the amount of $145,765.84

should be remitted to the following account:

Castleton Maritime Corp. and Benemar Chartering Ltd. Security Escrow Account
Routing No.: 021000021
Account No.: 725838155
JP Morgan Chase Bank
633 Third Avenue
New York, New York 10017

**IT IS HEREBY FURTHER ORDERED** that this action be and is hereby stayed in favor of London arbitration. However, the Court shall retain jurisdiction in this matter to enter a judgment upon any award that may be issued out of any arbitration proceedings between these parties in London. .

Dated: New York, New York
October 29, 2007

SO ORDERED:

_____
U.S.D.J.